UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

JOSE DAVID SANCHEZ

Debtor.

Case No.

**SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. § 703.140(a)(2)**

[No Hearing Required]

We, JOSE DAVID SANCHEZ and MARIANNE EMORY, hereby
    [Debtor - Print Name]         [Non-Filing Spouse - Print Name]

waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. § 703.140(b).

Dated: 6-13-13            /s/ Jose David Sanchez
                          [Debtor - Sign Name]

Dated: 6-13-13            /s/ Marianne Emory Sanchez
                          [Non-Filing Spouse - Sign Name]

*Caveat [Warning]: By signing this form, you may be giving up valuable legal rights. Before signing, you should seek the advice of an attorney. The Clerk's Office cannot give legal advice.*

EDC 3-060 (New 12/19/01)

ORIGINAL

1