**2**

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 • FACSIMILE (661) 323-3078
Phillip W. Gillet, Jr., State Bar No. 214914
lawyer@bak.rr.com
Attorney for debtor[1]

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

JOSE DAVID SANCHEZ

Address:  20370 VALLEY BLVD.
          TEHACHAPI, CA 93561

Social Security No(s)./TID No(s).
          xxx-xx-3226

                    Debtor.

Case No.: 13-14296-A-13K
Chapter 13
Docket Control No.: PWG-1

**DATE:**   September 25, 2013
**TIME:**   9:00 a.m.
**PLACE:** 1300 18th Street, Suite A
           Bakersfield, CA 93301
**JUDGE:** Hon. Fredrick E. Clement

## DEBTOR'S MOTION TO VALUE COLLATERAL OF FORD MOTOR CREDIT COMPANY, LLC AND BIFURCATE THE CREDITOR'S CLAIM UNDER 11 U.S.C §§ 506(a), (d) and 1325(a)(5)(B)

TO FORD MOTOR CREDIT COMPANY, LLC, ITS SUCCESSORS, ASSIGNS AND ATTORNEY(S) OF RECORD:

You are hereby notified that the debtor, under 11 U.S.C. sections 506(a) and (d), 1325(a)(5)(B), and Fed. R. Bankr. P. 3012, Local Bankruptcy Rule 3015-1(j), will and does, move this court for an order:  (1) finding that the value of the collateral is the amount stated in the declaration of the debtor in support of this motion; (2) determine the creditor's claim in excess of the value is wholly unsecured; (3) deem this creditor's secured and unsecured claims as provided for under the chapter 13 plan; (4) finding that service was proper on the named creditor; (5) finding that upon completion of the payments under the plan this lien is fully satisfied; and  (6) determine that this treatment under the chapter 13 plan shall be binding on any successors and assigns.  A copy of the chapter 13 plan is included in the exhibits supporting this motion and incorporated by reference into this motion.

---

[1]  The term "debtor" includes both the singular and plural.  *See* 11 U.S.C. § 107(2).

1

2   DATED: September 10, 2013

Respectfully submitted,

By: _____

3

Phillip W. Gillet, Jr.
Attorney for debtor

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP GILLET, JR.
A T T O R N E Y   A T   L A W

1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org