**2**

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 • FACSIMILE (661) 323-3078
Phillip W. Gillet, Jr., State Bar No. 214914
lawyer@bak.rr.com
Attorney for debtor[1]

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:
JOSE DAVID SANCHEZ

Address:  20370 VALLEY BLVD.
          TEHACHAPI, CA 93561

Social Security No(s)./TID No(s).
          xxx-xx-3226

                Debtor.

Case No.: 13-14296-A-13K
Chapter 13
Docket Control No.: PWG-1

DATE:  September 25, 2013
TIME:  9:00 a.m.
PLACE: 1300 18th Street, Suite A
       Bakersfield, CA 93301
JUDGE: Hon. Fredrick E. Clement

### DECLARATION OF DEBTOR SUPPORTING MOTION TO VALUE COLLATERAL

   1.   I declare that I could, and would, competently testify, if called upon to do so, to each of the following facts based upon my personal knowledge, and/or information and belief if so stated.

   2.   I am a debtor in the above-entitled bankruptcy case.

   3.   I own the property secured by liens in Class 2 of my plan.

   4.   I believe that the fair market value of my 2010 Ford Mustang was no more than $28,080.00 at the time my bankruptcy case was filed.  This assertion is based upon seeing other similar property offered for sale.

   5.   The 2010 Ford Mustang was purchased on or about 11/21/2009.

   6.   The loan secured by the 2010 Ford Mustang was taken out on or about 11/21/2009.

---

[1]  The term "debtor" includes both the singular and plural.  *See* 11 U.S.C. § 107(2).

1

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO VALUE

| | |
|---|---|
| 1 | I declare that the foregoing is true and correct under penalty of perjury of the laws of the state |
| 2 | of California. |

Dated: 🖊 / 🖊 /2013

/s/ *Jose David Sanchez*
Debtor, Jose David Sanchez

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org