**PHILLIP GILLET, JR.**
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 • FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br>JOSE DAVID SANCHEZ<br><br><br>Debtor. | Case No.: 13-14296-A-13K<br>Chapter 13<br>Docket Control No.: PWG-1<br><br>DATE:    September 25, 2013<br>TIME:    9:00 a.m.<br>PLACE:  1300 18th Street, Suite A<br>              Bakersfield, California<br>JUDGE: Hon. Fredrick E. Clement |

**CERTIFICATE OF SERVICE (Code Civ. Proc., §§ 1013a, 2105.5)**

The undersigned hereby declares under penalty of perjury of the laws of the State of California the following. I am over 18 years old, and not a party to this action. I am employed in Kern County, California. My business address is 1705 27th Street, Bakersfield, CA 93301-2807, which is located in the county where the service described below took place. I am either a member of the bar of this court, or employed by a member at whose direction service was made. A true copy of the following document(s):

1. **DEBTORS' NOTICE OF MOTION TO VALUE COLLATERAL OF FORD MOTOR CREDIT COMPANY, LLC. AND TREAT THE CREDITOR'S CLAIM AS WHOLLY UNSECURED UNDER 11 U.S.C. SECTIONS 506(a),(d) and 1325(a)(5)(B).**
2. **DEBTORS' MOTION TO VALUE COLLATERAL OF FORD MOTOR CREDIT COMPANY, LLC. AND BIFURCATE THE CREDITOR'S CLAIM UNDER 11 U.S.C. SECTIONS 506(a),(d) and 1325(a)(5)(B).**
3. **DEBTOR'S EXHIBITS IN SUPPORT OF MOTION**
4. **DECLARATION OF DEBTOR SUPPORTING MOTION TO VALUE COLLATERAL**

was (were) mailed by regular mail or emailed to all person(s) in interest at the physical or email address(es) set forth below, or in the attached exhibit, by first class mail, postage prepaid, unless otherwise indicated on September 10, 2013.[1]

/s/ Christina Guerrero
Christina Guerrero

**U.S. Trustee, Fresno Office by email at ustpRegion17.fr.ecf@usdoj.gov ;**

---

[1] Registered users of the court's electronic filing system consent to service by electronic means under F.R.Civ.P. 5(b)(2)(D) made applicable in bankruptcy cases by FRBP 7005, and authorized by Local Rule 7005-1.

1

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | **Michael H. Meyer, Esq., by email at cvinson@meyer13.com;** |
| 2 | |
| 3 | **Served by U.S. Mail:** |
| 4 | **Jose David Sanchez** |
| 5 | **20370 Valley Blvd.**<br>**Tehachapi, CA 93561** |
| 6 | **Bernard B. Silverstone, CEO** |
| 7 | **Ford Motor Credit Company, LLC.**<br>**One American Road** |
| 8 | **Dearborn, Michigan 48126** |
| 9 | **Bernard B. Silverstone, CEO**<br>**Ford Motor Credit Company, LLC.** |
| 10 | **P.O. Box 542000**<br>**Omaha, NE 68154** |
| 11 | **Ford Motor Credit Company, LLC.** |
| 12 | **c/o C T Corporation System**<br>**818 W. Seventh St.** |
| 13 | **Los Angeles, CA 90017** |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |

1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

PHILLIP GILLET, JR.
ATTORNEY AT LAW

CONSUMER DISCRETIONARY SECTOR » AUTOMOBILES INDUSTRY » F

# Ford Motor Co (F:New York)

Last $14.97 USD   Change Today +0.30 / 2.04%   Volume 34.0M         F On Other Exchanges

As of 6:40 PM 06/25/13 All times are local (Market data is delayed by at least 15 minutes).

Snapshot   News   Charts   Financials   Earnings   People   Ownership   Transactions   Options

Overview   Board Members   Committees

**Executive Profile***

**Bernard B. Silverstone**

Group Vice President, Chairman of Ford Motor Credit Company and Chief Executive Officer of Ford Motor Credit Company, Ford Motor Co.

| Age | Total Calculated Compensation | |
|---|---|---|
| 57 | | This person is connected to 47 board members in 3 different organizations across 3 different industries. |
| | | See Board Relationships |

**Background***

Mr. Bernard B. Silverstone has been Group Vice President of Ford Motor Co. since January 1, 2013. Mr. Silverstone has been the Chairman and Chief Executive Officer of Ford Motor Credit Company LLC since January 1, 2013. He served as the Chief Operating Officer of Ford Motor Credit Company LLC from January 1, 2012 to January 2013. Mr. Silverstone led Ford Credit's operations in its four global regions, North America, Europe, Asia Pacific and Africa, and Latin America. ...

Read Full Background

## From Around the Web

by Taboola

   

**Corporate Headquarters***
One American Road
Dearborn, Michigan 48126

United States

Phone: 313-322-3000
Fax: 313-322-9600

**Annual Compensation***
There is no Annual Compensation data available.

**Stock Options***
There is no Stock Options data available.

**Total Compensation***
There is no Total Compensation data available.

**Board Members Memberships***
Director
Invest Detroit

2001-2012
Former Director
FCE Bank plc

2013-Present
Chairman, Chief Executive Officer and Group Vice President of Ford Motor Company
Ford Motor Credit Company LLC

**Education***
There is no Education data available.

**Other Affiliations***
Invest Detroit
Ford Motor Credit Company LLC
FCE Bank plc

*Data is at least as current as the most recent Definitive Proxy

Report Data Issue



## Question about your account or financing?

**Please contact us.**
If you have a question or concern about your account or financing, please contact us and we will provide you with a response as soon as possible. Also, for your convenience many of our Frequently Asked Questions are listed in our Credit FAQ section.



**Phone**
Customer Support
Your Account, Account Manager, Payment Information, General Inquiries
Monday-Friday, 7 AM to 8 PM CT
Saturday, 7 AM to 5 PM CT
1-800-727-7000
1-800-727-7145 (TTY for the hearing impaired)



**Email**
Contact us by email and we'll reply by the next business day Monday-Saturday, or sooner.
Click here for a secure email form to email us



**Mail**
If you prefer to contact us by postal mail:
Ford Credit
PO Box 542000
Omaha, NE 68154-8000

**Twitter**
For general inquiries contact us by Twitter. Our Team is available:
Monday-Friday, 9 AM to 6 PM ET



© 2013 Ford Credit   About Us | Site Map | Copyright | Terms and Conditions | Privacy | Security Center | Shop Vehicles on Ford.com



Secretary of State    Administration    Elections    Business Programs    Political Reform    Archives    Registries

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, June 25, 2013. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | FORD MOTOR CREDIT COMPANY |
|---|---|
| Entity Number: | C0426529 |
| Date Filed: | 01/16/1962 |
| Status: | SURRENDER |
| Jurisdiction: | DELAWARE |
| Entity Address: | ONE AMERICAN RD |
| Entity City, State, Zip: | DEARBORN MI 48126 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

**Modify Search    New Search    Printer Friendly    Back to Search Results**